# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2007

Clifford W. Taylor,
Chief Justice

133737

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

BRIGGS TAX SERVICE, L.L.C.,
KAY BEE KAY PROPERTIES, L.L.C.,
and 15651 WARREN AVE CO., L.L.C.,
       Plaintiffs-Appellants,

v

SC: 133737
COA: 271631
Wayne CC: 05-523201-CZ

DETROIT PUBLIC SCHOOLS, DETROIT
BOARD OF EDUCATION, CITY OF
DETROIT, WAYNE COUNTY TREASURER,
KENNETH BURNLEY, KEN A. FORREST,
DORI FREELAIN, PAMELA ANSTEY,
MICHAEL BRIDGES, MARY ELLIS,
ROBERT MOORE, NELIDA BRAVO,
MAVIS COFIELD, W. FRANK FOUNTAIN,
GERALD K. SMITH, REGINALD TURNER,
TOM WATKINS, WILLIAM C. BROOKS,
BELDA GARZA, MICHAEL TENBUSCH,
GENEVA WILLIAMS, MARK A. DOUGLAS,
ALLAN SPOONER, and ALMA STALWORTH,
       Defendants-Appellees.
_____/

On order of the Court, the application for leave to appeal the March 13, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2007

Clerk

p1119